CLOSED, INTERPRETER

# U.S. District Court
## Northern District of Iowa (Eastern Dubuque)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-01027-LRR-ALL
### Internal Use Only

*05-80196 - CR- Lupicano / Hopkins* (handwritten)

Case title: USA v. Barrera

Date Filed: 09/23/2005

Assigned to: Judge Linda R Reade
Referred to: Chief Magistrate John A Jarvey

## Defendant

**Dr Carlos Barrera** (1)
*TERMINATED: 10/25/2005*

represented by **Alfred E Willett**
Terpstra, Epping & Willett
118 - 3rd Avenue SE
Suite 500
**ECF
Cedar Rapids, IA 52401-1424
319 364 2467 (Ext 109)
Fax: 364 2460
Email: aewillett@tewlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this 25th day of October, 2005. Pridgen J Watkins, Clerk By: _____ Deputy

## Pending Counts

None

## Disposition

## Highest Offense Level (Opening)

None

## Terminated Counts

21:846 with Forfeiture Allegation
CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(1)

18:1956 LAUNDERING OF
MONETARY INSTRUMENTS
(2)

## Disposition

Case Transferred to Sourthern District of Florida

Case Transferred to Southern District of Florida

## Highest Offense Level (Terminated)

Felony

## Complaints                                          ## Disposition

None

## Plaintiff

**USA**                                    represented by  **Stephanie Marie Rose**
US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: stephanie.rose@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2005 | 1 | ORDER SETTING HEARINGS as to Defendant Carlos Barrera. Arraignment and Initial Appearance set for 9/28/2005 11:30 AM in CR 2nd Fl Ct before Chief Magistrate Judge John A Jarvey. Signed by Judge John A Jarvey on 9/23/05. (Stigler, Karo) Modified text on 9/26/2005 (ksy, ). (Entered: 09/23/2005) |
| 09/23/2005 | 2 | INFORMATION as to Defendant(s) Carlos Barrera (1) count(s) 1, 2. (ksy, ) (USM, USP) (Entered: 09/23/2005) |
| 09/23/2005 | 3 | WAIVER OF INDICTMENT by Defendant Carlos Barrera (ksy, ) (USM, USP) (Entered: 09/23/2005) |
| 09/23/2005 |  | ***Location LR start as to Defendant Carlos Barrera (ksy, ) (Entered: 09/26/2005) |
| 09/28/2005 | 4 | Minute Entry for proceedings held before Judge John A Jarvey: Initial Appearance as to Defendant Carlos Barrera held on 9/28/2005. Attorney Al Willett for defendant. Further proceedings in this matter transferred to the United States District Court for the Southern District of Florida. Defendant Released on Conditions of Release pending further proceedings in this matter. (Tape #FTR Gold.)(Spanish Interpreter Chandler Thompson.) (Legislador, Stephanie) Modified on 9/29/2005 to correct spacing (de). (Entered: 09/28/2005) |

| 09/28/2005 | ●5 | ORDER Setting Conditions of Release as to Defendant Carlos Barrera (1) Defendant Released on Conditions of Release. Signed by Judge John A Jarvey on 9/28/05. (Legislador, Stephanie) Modified on 9/29/2005 to correct spacing (de). (Entered: 09/28/2005) |
| --- | --- | --- |
| 10/03/2005 | ● | Docket Annotation as to Defendant Carlos Barrera: US Attorney's office contacted regarding submitting a Rule 20 form to the Clerk's ECF mailbox or hand delivering form to Clerk's Office for Judge's signature. (de) (Entered: 10/03/2005) |
| 10/25/2005 | ●6 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida Counts closed as to Defendant Carlos Barrera (1) Count 1,2. File with certified docket sheet sent to SDF. (ksy, ) (Entered: 10/25/2005) |
| 10/25/2005 | | ***SetClosed as to Defendant Carlos Barrera. Case transferred to Southern District of Florida. (ksy, ) (Entered: 10/25/2005) |

```
Cover Sheet
Case number: 2-05-cr-01027-LRR
Document #: 1 Main Document
Document behind cover is 1 page(s)
```

# U.S. District Court

## Northern District of Iowa

Notice of Electronic Filing
The following transaction was received from Stigler, Karo entered on 9/23/2005 at 3:59 PM CDT and filed on 9/23/2005

| | |
|---|---|
| **Case Name:** | USA v. Barrera |
| **Case Number:** | 2:05-cr-1027 |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
ORDER SETTING HEARINGS as to Defendant Carlos Barrera. Arraignment set for 9/28/2005 11:30 AM in CR 2nd Fl Ct before Chief Magistrate Judge John A Jarvey. Initial Appearance set for 9/28/2005 11:30 AM in CR 2nd Fl Ct before Chief Magistrate Judge John A Jarvey. Signed by Judge John A Jarvey on 9/23/05. (Stigler, Karo)

The following document(s) are associated with this transaction:


**2:05-cr-1027-1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | **Case No. 05-1027** |
| **Plaintiff,** | | |
| **vs.** | | **ORDER SETTING** |
| | | **INITIAL APPEARANCE** |
| **CARLOS BARRERA, M.D.,** | | **AND ARRAIGNMENT** |
| **Defendant.** | | |

IT IS ORDERED

An initial appearance and an arraignment are set in this matter for 11:30 a.m. on September 28, 2005, second floor courtroom, United States District Courthouse, Cedar Rapids, Iowa.

September 23, 2005.

_____
JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT

1

```
Cover Sheet
Case number: 2-05-cr-01027-LRR
Document #: 2 Main Document
Document behind cover is 3 page(s)
```

# U.S. District Court

## Northern District of Iowa

Notice of Electronic Filing
The following transaction was received from ksy, entered on 9/23/2005 at 4:16 PM CDT and filed on 9/23/2005

**Case Name:**          USA v. Barrera

**Case Number:**          2:05-cr-1027

**Filer:**

**Document Number:**   2

**Docket Text:**
INFORMATION as to Defendant(s) Carlos Barrera (1) count(s) 1, 2. (ksy, )

The following document(s) are associated with this transaction:

**2:05-cr-1027-1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 05- 10 27 - LRR |
| | ) | |
| vs. | ) | **Count 1:** 21 U.S.C. § 846 |
| | ) | |
| CARLOS BARRERA, M.D., | ) | **Count 2:** 18 U.S.C. § 1956 |
| | ) | |
| Defendant. | ) | **Forfeiture:** 21 U.S.C. § 853 |

## INFORMATION

The United States Attorney charges:

## COUNT 1

Between about August 2003 and continuing through at least October 2003, in

the Northern District of Iowa and elsewhere, defendant CARLOS BARRERA, M.D., a

registrant authorized to dispense controlled substances, did knowingly and unlawfully

combine, conspire, confederate and agree with other persons, both known and

unknown to the United States, to unlawfully commit the following offenses against the

United States:

    a.    Dispensing, and causing to be dispensed, at least 23,520 dosage units of
Schedule III controlled substances by means of electronic prescriptions,
which dispensing of controlled substances was done outside of the usual
course of medical practice and without legitimate medical purpose, in
violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(D), and

1

all property used or intended to be used in any manner or part to commit and to

facilitate the commission of the aforestated violations, including but not limited to

$10,897.50 in United States currency.

This pursuant to Title 21, United States Code, Sections 853(a)(1) and (2).

CHARLES W. LARSON, SR.
United States Attorney

By: _____ M. Rose

STEPHANIE M. ROSE
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of
this document was served on
September 23, 2005, to the parties or
attorneys of record, shown below by:

☐ U.S. Mail   ■ Fax   ☐ Hand Delivery
☐ Electronically

UNITED STATES ATTORNEY

BY: _____

COPIES TO: Alfred E. Willett

3

b.     Dispensing, and causing to be dispensed, at least 8,370 dosage units of Schedule IV controlled substances by means of electronic prescriptions, which dispensing of controlled substances was done outside of the usual course of medical practice and without legitimate medical purpose, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

This in violation of Title 21, United States Code, Section 846.

## COUNT 2

Between about August 2003 and continuing through at least October 2003, in the Northern District of Iowa and elsewhere, defendant CARLOS BARRERA, M.D., did knowingly and unlawfully combine, conspire, confederate and agree with other persons whose names are known and unknown to the United States, to commit the following crime against the United States:

knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, to conduct and attempt to conduct such a financial transaction involving the proceeds of specified unlawful activity with the intent to promote the carrying on of the specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

This in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

In committing one or more of the felony offenses, alleged in Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations; and any and

2

```
Cover Sheet
Case number: 2-05-cr-01027-LRR
Document #: 3 Main Document
Document behind cover is 1 page(s)
```

## U.S. District Court

### Northern District of Iowa

Notice of Electronic Filing
The following transaction was received from ksy, entered on 9/23/2005 at 4:18 PM CDT and filed on 9/23/2005

**Case Name:**            USA v. Barrera

**Case Number:**          2:05-cr-1027

**Filer:**                Dft No. 1 - Carlos Barrera

**Document Number:**      3

**Docket Text:**
WAIVER OF INDICTMENT by Defendant Carlos Barrera (ksy, )

The following document(s) are associated with this transaction:

**2:05-cr-1027-1**

**RECEIVED**

SEP 2 3 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS BARRERA, M.D.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. CR 05- 1027 LRR

## WAIVER OF INDICTMENT

CARLOS BARRERA, M.D., the above-named defendant, who is accused of the

following offenses: (1) conspiring to dispense, and cause to be dispensed, Schedule III and

Schedule IV controlled substances by means of electronic prescriptions, which dispensing of

controlled substances was done outside of the usual course of medical practice and without

legitimate medical purpose, in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(D) and 846; (2) conspiring to launder the proceeds of the drug conspiracy with the

intent to promote the carrying on of drug conspiracy in violation of Title 18, United States Code,

Sections 1956(a)(1)(A)(i) and 1956(h); and (3) a forfeiture allegation relating to $10,897.50 in

drug proceeds, being advised of the nature of the charge and of his rights, hereby waives in

open court prosecution by indictment and consents that the proceeding may be by information

instead of by indictment.

Date: _8-15-05_

ROBERT I. TARG
Attorney for Defendant

CARLOS BARRERA, M.D.
Defendant

ANTHONY VITALE
Attorney for Defendant

```
                                  Cover Sheet
                        Case number: 2-05-cr-01027-LRR
                        Document #: 4 Main Document
                        Document behind cover is 1 page(s)
```

## U.S. District Court

## Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from Legislador, Stephanie entered on 9/28/2005 at 2:19 PM CDT and filed on 9/28/2005

| | |
|---|---|
| **Case Name:** | USA v. Barrera |
| **Case Number:** | 2:05-cr-1027 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**

Minute Entry for proceedings held before Judge John A Jarvey :Initial Appearance as to Defendant Carlos Barrera held on 9/28/2005. Attorney Al Willett for defendant. Further proceedings in this matter transferred to the United States District Court for the Southern District of Florida. Defendant Released on Conditions of Release pending further proceedings in this matter. (Tape #FTR Gold.)(Spanish Interpreter Chandler Thompson.) (Legislador, Stephanie)

The following document(s) are associated with this transaction:

**2:05-cr-1027-1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
_E. Dubuque_ DIVISION

FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

SEP 28 2005

BY DEPUTY

Case Number: _CR05·1027_   Date: _September 28, 2005_
Case Name: _USA_ v. _Carlos Bartiroa, M.D._
Judge: The Honorable John A. Jarvey
Time in Court: Start _11:39_ (a.m.)/p.m. Adjourn _11:33_ (a.m.)/p.m.
Time in chambers _____
Recesses _____
Appearances: Plaintiff _AUSA Stephanic Rose_
Defendant _w/ Al Willett_
Court Reporter _TTR 6010_   Contract Reporter: Yes/(No)
Interpreter _Charulen Thompson_   Phone: (Yes)/No   Certified: (Yes)/No
Interpreter Language: _Spanish_

TYPE OF PROCEEDING:
   A.   HEARING:
       1.   MOTION (Nature):_____
      (2.)   ARRAIGNMENT: _____   INITIAL APPEARANCE: _X_
            (a) Defendant plead GUILTY/NOT GUILTY to counts _____
            (b) Counsel retained/appointed/FPD/Other _____
       3.   PLEA: Defendant pleaded guilty to counts _____
            Defendant DETAINED/RELEASED pending sentending.
       4.   OTHER HEARING: _____
   B.   TRIAL: Jury ____   Non-Jury ____   Preliminary Injunction/TRO ____

WITNESSES CALLED/EXHIBITS INTRODUCED: _____
                          See attached sheet: _____

MOTIONS RULED ON BY THE COURT: _____
Docket Number: _____
Ruling: _IA on Information. Rule 20 transfer to Southern Dist. of Florida:_
_Defendant not enter a pka at this time. Further proceedings in this_
Order to Follow: YES/NO _matter to take place in U.S. Dist. Ct Southern Dist. of Fl._

Docket Number: _____
Ruling: _Defendant released on conditions of release._

Order to Follow: (YES)/NO _order setting conditions of release._

MISC: _____
_____
_____
_____

_Stephanie Legislador_
Deputy Clerk

Cover Sheet
Case number: 2-05-cr-01027-LRR
Document #: 5 Main Document
Document behind cover is 3 page(s)

# U.S. District Court

## Northern District of Iowa

Notice of Electronic Filing
The following transaction was received from Legislador, Stephanie entered on 9/28/2005 at 2:21 PM CDT and filed on 9/28/2005

**Case Name:**          USA v. Barrera

**Case Number:**        2:05-cr-1027

**Filer:**

**Document Number:**    5

**Docket Text:**
ORDER Setting Conditions of Release as to Defendant Carlos Barrera (1) Defendant Released on Conditions of Release . Signed by Judge John A Jarvey on 9/28/05. (Legislador, Stephanie)

The following document(s) are associated with this transaction:

**2:05-cr-1027-1**

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                          Page 1 of ___3___ Pages

FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

# UNITED STATES DISTRICT COURT

SEP 28 2005

____NORTHERN____    **District of**    ____IOWA____

BY _____
DEPUTY

United States of America

V.

____CARLOS BARRERA, M.D.____
Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number:   05-1027

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)    The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)    The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)    The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as

directed.  The defendant shall appear at (if blank, to be notified) ____~~2nd/3rd Floor courtroom, United States District~~____
                                                                                                                       Place

____~~Courthouse, Cedar Rapids, Iowa~~____  on  ____*as required*____
                                                                                    Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(     ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B (Rev. 5/99) Additional Conditions of Release

**Additional Conditions of Release**

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community. IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )(6)   The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____

                                                          Custodian or Proxy                          Date

(✔)(7)   The defendant shall:

(✔) (a)   report to the  U. S. Probation Office,

telephone number ~~████~~ as directed by U. S. Probation at the conclusion of this hearing.

( ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

_____

( ) (c)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described

_____

( ) (d)   execute a bail bond with solvent sureties in the amount of $ _____

( ) (e)   maintain or actively seek employment.

( ) (f)   maintain or commence an educational program.

( ) (g)   surrender any passport to: _____

(✔) (h)   obtain no passport.

(✔) (i)   abide by the following restrictions on his personal associations, place of abode, or travel:   *No travel outside US*

( ) (j)   avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____

( ) (k)   undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

( ) (l)   return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

( ) (m)   maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

(✔)(n)   refrain from possessing a firearm, destructive device, or other dangerous weapons.

(●)(o)   refrain from any use of alcohol and you are prohibited from frequenting bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.

(●) (p)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(●) (q)   submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(●) (r)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising ~~officer.~~

( ) (s)   refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t)   participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or  ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

    ( ) (i)   **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

    ( ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

    ( ) (iii)   **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

(●) (u)   report within 24 hours, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(●) (v)   refrain from associating with any persons engaged in criminal activity and you shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. You shall not associate with anyone that is using illegal drugs or frequent any place where illegal drugs are sold or used.

( )(w) _____

( )(x) _____

AO 199C   (Rev. 12/03) Advice of Penalties . . .                                                    Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _Carlos Barrera_____
Signature of Defendant

_____
Address

~~City and State~~                          Telephone

## Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.
(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: ____9/26/05_____              _____
                                                                      Signature of Judicial Officer

                                                                      _____
                                                                      Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

```
Cover Sheet
Case number: 2-05-cr-01027-LRR
Document #: 6 Main Document
Document behind cover is 1 page(s)
```

## U.S. District Court

## Northern District of Iowa

Notice of Electronic Filing
The following transaction was received from ksy, entered on 10/25/2005 at 3:23 PM CDT and filed on 10/25/2005

| | |
|---|---|
| **Case Name:** | USA v. Barrera |
| **Case Number:** | 2:05-cr-1027 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida Counts closed as to Defendant Carlos Barrera (1) Count 1,2. File with certified docket sheet sent to SDF. (ksy, )

The following document(s) are associated with this transaction:


**2:05-cr-1027-1**

RECEIVED

OCT 2 5 2005

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )          No. CR  05-1027
                                   )
    vs.                            )
                                   )
CARLOS BARRERA, M.D.,              )
                                   )
              Defendant.           )

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE

I, CARLOS BARRERA, M.D., defendant, have been informed that an information

is pending against me in the above designated cause.  Pursuant to Rule 20 of the

Federal Rules of Criminal Procedure, I wish to waive trial in the Northern District of

Iowa, and wish to plead guilty to the offenses charged and to consent to disposition of

the case in the Southern District of Florida.

Dated this ___2|___ day of September, 2005.

_____
CARLOS BARRERA, M.D., Defendant

_____
Witness

_____
ROBERT I. TARG
Attorney for Defendant

APPROVED

_____          _____
CHARLES W. LARSON, SR.                    R. ALEXANDER ACOSTA
United States Attorney for the            United States Attorney for the
Northern District of Iowa                 Southern District of Florida

# Northern District of Iowa - Office:

## Print Documents For A Case

### 2:05-cr-01027-LRR

| Filed | Document | Pages | Docket Text |
|---|---|---|---|
| 09/23/2005 | 1 | 1 | ORDER SETTING HEARINGS as to Defendant Carlos Barrera. Arraignment and Initial Appearance set for 9/28/2005 11:30 AM in CR 2nd Fl Ct before Chief Magistrate Judge John A Jarvey. Signed by Judge John A Jarvey on 9/23/05. (Stigler, Karo) Modified text on 9/26/2005 (ksy, ). |
| 09/23/2005 | 2 | 3 | INFORMATION as to Defendant(s) Carlos Barrera (1) count(s) 1, 2. (ksy, ) (USM, USP) |
| 09/23/2005 | 3 | 1 | WAIVER OF INDICTMENT by Defendant Carlos Barrera (ksy, ) (USM, USP) |
| 09/28/2005 | 4 | 1 | Minute Entry for proceedings held before Judge John A Jarvey: Initial Appearance as to Defendant Carlos Barrera held on 9/28/2005. Attorney Al Willett for defendant. Further proceedings in this matter transferred to the United States District Court for the Southern District of Florida. Defendant Released on Conditions of Release pending further proceedings in this matter. (Tape #FTR Gold.)(Spanish Interpreter Chandler Thompson.) (Legislador, Stephanie) Modified on 9/29/2005 to correct spacing (de). |
| 09/28/2005 | 5 | 3 | ORDER Setting Conditions of Release as to Defendant Carlos Barrera (1) Defendant Released on Conditions of Release. Signed by Judge John A Jarvey on 9/28/05. (Legislador, Stephanie) Modified on 9/29/2005 to correct spacing (de). |
| 10/25/2005 | 6 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida Counts closed as to Defendant Carlos Barrera (1) Count 1,2. File with certified docket sheet sent to SDF. (ksy, ) |